1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

10

11

12

13

14

| CASSANDRA VON BERGEN, | Civil No. 2:21-CV-00357-MLP |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

15

16

17

18

19

20

21

22

23

24

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Because this case was previously heard by the same administrative law judge twice, the Social Security Administration's Appeals Council will, on remand, direct a different administrative law judge to:

- Conduct a new hearing, further develop the record, and issue a new decision;

- Reevaluate all of the medical opinions of record, including the opinions of Emily Miller, LSWAIC, and Nicole Ingriano, M.D.;

- Reassess Plaintiff's residual functional capacity; and

- Continue the sequential evaluation, including obtaining vocational expert evidence, as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 22nd day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2034
Fax:  (206) 615-2531
ryan.lu@ssa.gov

Page 2        ORDER - [2:21-CV-00357-MLP]